### Eric Emanuel TAYLOR, Plaintiff–Appellant,

### v.

### VIRGINIA; The United States, Defendants–Appellees.

#### No. 15–2350.

United States Court of Appeals, Fourth Circuit.

Submitted: March 16, 2016.

Decided: March 22, 2016.

Eric Emanuel Taylor, Appellant Pro Se.

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Emanuel Taylor appeals the district court's order dismissing his complaint without prejudice and imposing an expanded system of prefiling review on his future filings. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Taylor v. Virginia*, No. 2:15–cv–00429–AWA–RJK (E.D.Va. Oct. 27, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*